RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 10/21/11

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO. 11-0068 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| WILLIE J. JENKINS, JR. | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the Motion to Suppress [Doc. # 27] filed by Defendant Willie Jenkins, Jr. is hereby **DENIED**.

MONROE, LOUISIANA, this 21 day of October, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE